IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FORTRESS IRON L.P., <br><br> Plaintiff, <br><br> vs. <br><br> FAIRWAY BUILDING PRODUCTS, LLC, SUMMIT IMEX, INC., and MICHAEL GREGORY, <br><br> Defendants. | **8:18CV76** <br><br><br> **ORDER** |

This matter is before the court on defendant Michael Gregory's motion to dismiss, Filing No. 71, and plaintiff's stipulation for dismissal, Filing No. 75. Fortress Iron L.P., Fairway Building Products, LLC,Summit Imex, Inc., and Michael Gregory collectively stipulate to the dismissal of defendant Michael Gregory.

IT IS ORDERED THAT:

1.  The plaintiff's stipulation for dismissal, Filing No. 75, is granted. The complaint and any claims asserted against Michael Gregory are dismissed without prejudice and each party will bear its own costs, fees, and expenses;

2.  The claims against Summit Imex, Inc. and Fairway Building Products, LLC. shall proceed; and

3.  Defendant Michael Gregory's motion to dismiss, Filing No. 71, is denied as moot.


Dated this 7th day of November, 2018.


BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge