IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FORTRESS IRON L.P., <br><br> Plaintiff, <br><br> vs. <br><br> FAIRWAY BUILDING PRODUCTS, LLC, SUMMIT IMEX, INC., <br><br> Defendants. | 8:18CV76 <br><br> **ORDER OF DISMISSAL** |

Pursuant to the stipulation of the parties under Federal Rules of Civil Procedure 41(a)(1)(A)(ii). IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE. Any and all claims, asserted or unasserted, relating to the subject matter of this lawsuit between and among Plaintiff and Defendants are dismissed with each party to bear its own court costs and attorney fees.

Dated this 30th day of August, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge